UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URSEAL WARD,

        Plaintiff,

V.

CORRECT CARE SOLUTIONS, LLC,
Healthcare Management, a foreign
Limited Liability Company, formerly known as
WELL PATH, LLC., KRISTEN SHORTRIDGE,
LASONYA THOMAS, DONALD DOHERTY and
PAT RICE, individually,

        Defendants.
_____/

Case 2:19-cv-10218
Judge: Cox, Sean F
MJ: Stafford, Elizabeth A
Filed: 01-23-2019 At 11:18 AM
CMP WARD V CORRECT CARE SOLUTIONS
ET AL (DA)

FILED USDC - DT
2019 APR 5 PM 1:34

URSEAL WARD, Plaintiff
IN PRO PER
11712 Royal Grand
Redford Charter Township, Michigan 48239
(313) 740-1585
wurseal@gmail.com
_____/

There is no other civil action between the parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, between the parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a Judge in this Court.

_____
Urseal Ward, Plaintiff

## PLAINTIFF'S COMPLAINT OF RACE DISCRIMINATION, RETALIATION, AGE (ADEA) AND WRONGFUL TERMINATION AGAINST DEFENDANTS

2:19-cv-10218-SFC-EAS  ECF No. 7  filed 03/25/19  PageID.32  Page 6 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED USDC - DT
2019 MAR 25 AM 11:17

Urseal Ward

Plaintiff,

v.

Correct Care Solutions et al

Defendant.

Civil Action No. 2:19-cv-10218

Hon. Sean F. Cox

## SUMMONS IN A CIVIL ACTION

To:
WELLNESS PATH, LLC
Corporate Creations Network, Inc.
28175 Haggerty Road
Novi, Michigan 48377

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Urseal Ward
11712 Royal Grand
Redford Charter Township, MI 48239

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By _____
Signature of Clerk or Deputy Clerk

Date of Issuance: 3/25/19

| | SUMMONS |
|---|---|
| PROOF OF SERVICE | Case No. 2:19-CV-10218 |

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☒ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Patricia Rice | Corporate Creations Network Inc. 28175 Haggerty Rd Novi, MI 48377 | Thurs 3/28/19 12:56 P.M. |
| Service Accepted by Jennifer Flaker | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Signature: _____
Name (type or print): Joseph A. Scarpelli
Title: Investigator

| Service fee $ | Miles traveled Fee $ | | |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | |

Subscribed and sworn to before me on 4/02/2019, Oakland County, Michigan.
My commission expires: 12/03/2025   Signature: Phyllis M. Wood
Notary public, State of Michigan, County of Wayne

*Phyllis M Wood, Notary Public of Michigan, Wayne County, Expires 12/03/2025, Acting in the County of Oakland*

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____ Attachments

_____ on _____
Day, date, time

_____ on behalf of _____
Signature